CERAMI PONTIAC CORP. v. BOROUGH OF PARAMUS.

December 15, 1976. Petition for certification denied.

BOARD OF EDUCATION OF CITY OF BURLINGTON v. BOARD OF EDUCATION OF TOWNSHIP OF EDGE-WATER PARK.

December 15, 1976. Petition for certification denied.

WARREN LLOYD LEWIS v. SIDNEY GLASER.

December 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES ALLEN.

December 15, 1976. Petition for certification denied.

STELLA BUCIK v. NEW JERSEY HIGHWAY AUTHORITY.

December 15, 1976. Petition for certification denied.